UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Deborah Sue Wiseley,

        Plaintiff,      Case No. 14-cv-11626

v.      Judith E. Levy
      United States District Judge

Commissioner of Social Security,

      Mag. Judge David R. Grand

        Defendant.

_____/

## ORDER ADOPTING THE REPORT AND RECOMMENDATION [21] TO GRANT THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [13]

    This is a Social Security disability appeal. Before the Court is Magistrate Judge Grand's Report and Recommendation (Dkt. 21), issued April 22, 2016, and recommending the Court grant the Commissioner's motion for summary judgment. (Dkt. 13.) The parties were required to file specific written objections, if they had any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Deborah Sue Wiseley,

    Plaintiff,    Case No. 14-cv-11626

v.    Judith E. Levy
    United States District Judge

Commissioner of Social Security,

    Mag. Judge David R. Grand

    Defendant.

_____/

## ORDER ADOPTING THE REPORT AND RECOMMENDATION [21] TO GRANT THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [13]

This is a Social Security disability appeal. Before the Court is Magistrate Judge Grand's Report and Recommendation (Dkt. 21), issued April 22, 2016, and recommending the Court grant the Commissioner's motion for summary judgment. (Dkt. 13.) The parties were required to file specific written objections, if they had any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed.

The Report and Recommendation, being carefully detailed and rigorous in its review of the record and evaluation of the Commissioner's arguments, is ADOPTED.

Defendant's motion for summary judgment (Dkt. 13) is GRANTED; and

The case is DISMISSED.[1]

IT IS SO ORDERED.

Dated: June 17, 2016                s/Judith E. Levy
    Ann Arbor, Michigan            JUDITH E. LEVY
                                                United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 17, 2016.

                                                s/Felicia M. Moses
                                                FELICIA M. MOSES
                                                Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).